UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHERINE F. VELARDO,
NELSON J. VELARDO,

        Plaintiffs,

-vs-                                      Case No. 6:08-cv-1558-Orl-18DAB

DAVID J. STERN,
US BANK NA,

        Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff Catherine F. Velardo's Motion to Proceed In Forma Pauperis (Doc. No. 2) and Plaintiff Nelson J. Velardo's Motion to Proceed In Forma Pauperis (Doc. No. 3). The Court having reviewed the report and recommendation of the magistrate judge and the response filed jointly by plaintiffs on September 23, 2008 (Doc. No. 6), it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **ADOPTED** and made a part of this order. Therefore, the motions are **DENIED** and the case is **DISMISSED**. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___7___ day of October, 2008.

                                                              G. KENDALL SHARP
                                                              Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge