# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE F. VELARDO,**
**NELSON J. VELARDO,**
            **Plaintiffs,**

**-vs-**                                          **Case No.  6:08-cv-1558-Orl-18DAB**

**DAVID J. STERN,**
**US BANK NA,**
            **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 10)**
>
> **FILED:** October 30, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

Here, Plaintiffs are appealing the Court's Order denying their motions to proceed *in forma pauperis,* and dismissing the Complaint (*See* Doc. Nos. 5, 8). As set forth in the Court's prior Report and Recommendation (Doc. No. 5), the complaint did not set forth an identifiable claim within the Court's limited jurisdiction and was therefore properly dismissed. Neither the Notice of Appeal (Doc. No. 9) nor the instant motion offers anything to alter that position. As such, Plaintiffs' current position, to the extent it can be ascertained, is without arguable merit and is therefore frivolous.

It is therefore **respectfully recommended** that the Court **certify** that the appeal is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 4, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy