UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHERINE F. VELARDO,
NELSON J. VELARDO,
          Plaintiffs,

-vs-                                  Case No. 6:08-cv-1558-Orl-18DAB

DAVID J. STERN,
US BANK NA,
          Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiffs' Motion for Leave to Appeal in Forma Pauperis (Doc. 10). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The court certifies that the appeal is not taken in good faith, and therefore, **DENIES** the Motion pursuant to 28 U.S.C. § 1915(a)(3).

It is **SO ORDERED** in Orlando, Florida, this _17_ day of November, 2008.

                                        G. KENDALL SHARP
                                        Senior United States District Judge

Copies to:

Pro se Plaintiffs
United States Magistrate Judge